UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO. 2:15-cr-99-FtM-38MRM

ANOUCE TOUSSAINT
_____

**FORFEITURE MONEY JUDGMENT**

The United States moved for a forfeiture money judgment against defendant Anouce Toussaint in the amount of $270,229.00, representing the proceeds he obtained as the result of the conspiracy to commit mail fraud as charged in Count One and a forfeiture money judgment in the amount of $127,200.00, representing the property involved in the money laundering conspiracy as charged in Count Two of the Indictment, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, which upon entry will be a final order of forfeiture as to the defendant.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained $270,229.00 in proceeds as a result of the conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349, as charged in Count One, and $127,200.00, representing the property involved in the money laundering conspiracy as charged in Count Two, in violation of 18 U.S.C. § 1956(h), to which he pleaded guilty.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is jointly and severally liable for the $270,229.00 and $127,200.00 money judgments with his co-conspirators, upon their conviction for the mail fraud conspiracy charged in Count One and the money laundering conspiracy charged in Count Two of the Indictment.

The Court retains jurisdiction to effect the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE** and **ORDERED** in Fort Myers, Florida, this 10th day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record